IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENERGIZER BRANDS, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>CAMELION BATTERY CO. LTD.,<br>CAMELION BATTERY COMPANY, INC.,<br>CAMELION HOLDINGS (USA), INC.,<br>CAMELION HOLDINGS, LLC, and<br>BATTERIES AND THINGS INC.,<br><br>   Defendants. | Case No. 1:16-cv-04368-MSH<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF HARRIS W. HENDERSON IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT FOR DEFENDANTS
CAMELION HOLDINGS (USA), INC. AND CAMELION HOLDINGS, LLC**

I, Harris W. Henderson, make the following declaration:

1. My name is Harris W. Henderson. I am an associate with Kilpatrick Townsend & Stockton LLP ("Kilpatrick Townsend"). I am over am over the age of twenty-one and competent to make this declaration based on my personal knowledge and documents maintained by my law firm in the ordinary course of business.

2. Kilpatrick Townsend represents Energizer Brands, LLC ("Energizer") in the above-styled action.

3. Defendants Camelion Holdings (USA), Inc. ("Camelion USA") and Camelion Holdings, LLC ("Camelion Holdings") were served with a Summons and copy of the Complaint by a process server on May 3, 2016. *See* ECF Nos. 9 and 10.

4. On May 25, 2016, counsel for Energizer received correspondence (the "May 25 letter") from Louis Bertrand ("Mr. Bertrand"), counsel for Camelion Battery Company, Inc.

and Batteries and Things Inc., suggesting that service of Defendants Camelion USA and Camelion Holdings was ineffective.

5. On June 13, 2016, Energizer responded to this correspondence, requesting any relevant information to support the claim that service was ineffective.

6. On June 14, 2016, Mr. Bertrand indicated that service was indeed effective and requested a 15 day extension of Camelion USA and Camelion Holdings to file an answer or otherwise respond, and Energizer consented to an extension of the defendants' deadline until June 30, 2016. *See* ECF No. 18.

7. To date, Defendants Camelion USA and Camelion Holdings have failed to answer or otherwise respond to Energizer's Complaint.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the foregoing is true and correct.

Executed July 21, 2016, in Winston-Salem, North Carolina

By: _____

Harris W. Henderson